In re:

Olesea Vornic

Debtor



**FILED**

JUL 06 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____
Deputy Clerk

Case No  1:26-bk-10612

MOTION TO DISMISS CHAPTER 7 CASE

To the Honorable Judge of the United States

Bankruptcy Court:

I, Olesea Vornic, the debtor in the above-captioned Chapter 7 bankruptcy case,respectfully request to dismiss my bankruptcy case.

I filed my voluntary Chapter 7 petition on March 24, 2026. Since filing the petition, I have decided that I no longer wish to proceed with my Chapter 7 bankruptcy case. I have not filed the remaining required schedules and statements and did not attend the meeting of creditors under 11 U.S.C. 341

I think this decision will be in the best interest of the creditors, had 2 car loans, but one of the cars was towed anyway  while being under bankruptcy filing, second car I can afford to pay. House will be sold to pay creditors, already listed and have offers, no other unpaid debt, just one car and house, will be able to satisfy all creditors without bankruptcy.

The filing fee for this case has been paid in full.

I respectfully request that the Court enter an order dismissing my Chapter 7 bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct

July 6, 2026

Olesea Vornic

5439 Gentry Ave
Valley Village, CA 91607
Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*5439 Gentry Ave, Valley Village, CA 91607*

A true and correct copy of the foregoing document entitled (*specify*): _____
*MOTION TO DISMISS CHAPTER 7 CASE*
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) *July 6, 20 26* served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor: OLESEA VORNIC, 5439 Gentry Ave, Valley Village CA 91607*
*CHAPTER 7 TRUSTEE: NANCY J ZAMORA, 633 W. 5th St, Suite 2600, LA CA 90071*
*OFFICE OF the United States TRUSTEE, 915 wieshire BL, Suite 1850, LA CA 90017*

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*July 6, 2026*        *OLESEA VORNIC*
Date                        *Printed Name*                                          Signature

_____

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

### Additional Service List for Notice

Carrington Mortgage Services
1600 S. Douglass Rd
Suite 200-A
Anaheim, CA 92806)

Shellpoint
P.O. Box 619063
Dallas, TX 75261

BMW FINANCIAL SERVICES NA, LLC
5550 BRITTON PKWY.
HILLIARD, OH 43026.